| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Hogan, Michael R. | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>05/04/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Article III Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>United States District Court<br>405 East 8th Avenue, Suite 5700<br>Eugene, OR 97401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | ▉ Parnership |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 11 A 11: 23 FINANCIAL DISCLOSURE OFFICE

Hogan_Michael_R

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/04/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/04/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wells Fargo Bank | Line of Credit | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hogan, Michael R. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Apt , Myrtle Point, Oregon, 4-plex, Coos County | D | Rent | N | W | | | | | |
| 2. Rental Apt., Myrtle Point, Oregon, duplex, Coos County | C | Rent | L | W | | | | | |
| 3. Rental Apt., Bandon, Oregon, triplex, Coos County | E | Rent | M | W | | | | | |
| 4. Rental Property #1 Coos County, Myrtle Point, Oregon | D | Rent | N | W | | | | | |
| 5. Rental Property #2 Lane County, Eugene, Oregon | E | Rent | N | W | | | | | |
| 6. Pulte Homes | A | Dividend | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. ▉▉▉ Partnership (partner) | D | Int./Div. | P1 | W | | | | | |
| 9. - Timber Tract #1 Coos County Oregon | | | | | | | | | |
| 10. - Timber Tract #2 Coos County Oregon | | | | | | | | | |
| 11. - Timber Tract #3 Coos County Oregon | | | | | | | | | |
| 12. - Timber Tract #4 Coos County Oregon | | | | | | | | | |
| 13. - Timber Tract #5 Coos County Oregon | | | | | | | | | |
| 14. - Timber Tract #6 Coos County Oregon | | | | | | | | | |
| 15. - Lot Coos County Oregon #1 | | | | | | | | | |
| 16. - Lot Coos County Oregon #2 | | | | | | | | | |
| 17. - Lot Mohave County Arizona | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Lot Coos County Oregon #3 | | | | | | | | | |
| 19. - Rental Property #4 Coos County Oregon | | | | | | | | | |
| 20. - Rental Property #5 Coos County Oregon | | | | | | | | | |
| 21. - Lot Coos County Oregon #4 | | | | | | | | | |
| 22. - Rental Property #6 Coos County Oregon | | | | | | | | | |
| 23. - Rental Property #7 Coos County Oregon | | | | | | | | | |
| 24. - Rental Property #8 Coos County Oregon | | | | | | | | | |
| 25. - Ranch Coos County Oregon | | | | | | | | | |
| 26. - Tyco Electronics | | | | | | | | | |
| 27. - Aegon N V-ADR Amer Reg | | | | | | | | | |
| 28. - Akzo Nobel | | | | | | | | | |
| 29. - Alcatel-Lucent | | | | | | | | | |
| 30. - Astrazeneca PLC Spon Adr | | | | | | | | | |
| 31. - Barclays PLC | | | | | | | | | |
| 32. - British Sky Broadcasting Grp PLC | | | | | | | | | |
| 33. - Contax Participacoes | | | | | | | | | |
| 34. - CVS Caremark Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Celgene Corp | | | | | | | | | |
| 36. - Deutsche Telecom | | | | | | | | | |
| 37. - Dolby Labs | | | | | | | | | |
| 38. - Ericsson L M Tel Co | | | | | | | | | |
| 39. - First Solar Inc | | | | | | | | | |
| 40. - Fluor Corp New | | | | | | | | | |
| 41. - France Telecom | | | | | | | | | |
| 42. - Fuji Heavy Industries | | | | | | | | | |
| 43. - Fujifilm Hldgs Corp | | | | | | | | | |
| 44. - Glaxosmithkline PLC | | | | | | | | | |
| 45. - Google Inc | | | | | | | | | |
| 46. - H Lundbeck | | | | | | | | | |
| 47. - HSBC Holdg Plc | | | | | | | | | |
| 48. - Hitachi LTD | | | | | | | | | |
| 49. - Infineon Technologies | | | | | | | | | |
| 50. - Intesa Sanpaolo S P A Sponsored ADR | | | | | | | | | |
| 51. - J Sainsbury PLC | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 7 of 18

Name of Person Reporting

Hogan, Michael R.

Date of Report

05/04/2009

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Juniper Networks Inc | | | | | | | | | |
| 53. - KT Corp Sponsored ADR | | | | | | | | | |
| 54. - Kingfisher PLC | | | | | | | | | |
| 55. - Koninklijke Ahold NV | | | | | | | | | |
| 56. - Korea Elec Pwr Corp | | | | | | | | | |
| 57. - Magna International CL | | | | | | | | | |
| 58. - Marks & Spencer Group | | | | | | | | | |
| 59. - Millea Hldgs Inc | | | | | | | | | |
| 60. - Mitsubishi UFG Financial Group | | | | | | | | | |
| 61. - Mitsui Sumitomo Insurance Co | | | | | | | | | |
| 62. - Mizuho Finl Group Inc. | | | | | | | | | |
| 63. - NASDAQ OMX Group | | | | | | | | | |
| 64. - NVIDIA Corp | | | | | | | | | |
| 65. - Nippon Tel & Tel Spon | | | | | | | | | |
| 66. - Portugal Telecom | | | | | | | | | |
| 67. -Qualcomm Inc. | | | | | | | | | |
| 68. - Roche Hldg LTD | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Royal Bk Scotland Group | | | | | | | | | |
| 70. - SK Telecom LTD | | | | | | | | | |
| 71. - Sanofi-Aventis | | | | | | | | | |
| 72. - Sears Holdings Corp | | | | | | | | | |
| 73. - Seiko Epson Corp | | | | | | | | | |
| 74. - Sony Corp | | | | | | | | | |
| 75. - Stmicroelectronics N V | | | | | | | | | |
| 76. - Sumitomo Mitsui Finl Group | | | | | | | | | |
| 77. - Swiss Reinsurance | | | | | | | | | |
| 78. - Swisscom AG | | | | | | | | | |
| 79. - TDK Corp Amer Deposit SHS | | | | | | | | | |
| 80. - Tele Norte Leste | | | | | | | | | |
| 81. - Telecom Italia | | | | | | | | | |
| 82. - Telecom Corp New | | | | | | | | | |
| 83. - Telecomunicacoes Brasileiras | | | | | | | | | |
| 84. - Telefonica S.A. | | | | | | | | | |
| 85. - Telefonos de Mexico SP | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

|  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | - XL Capital LTD |  |  |  |  |  |  |  |  |  |  |
| 95. | - Flextronics Intnl LTD |  |  |  |  |  |  |  |  |  |  |
| 96. | - Amazon Com Inc |  |  |  |  |  |  |  |  |  |  |
|  | - Amgen Inc |  |  |  |  |  |  |  |  |  |  |
| 98. | - Anadarko Petroleum Corp |  |  |  |  |  |  |  |  |  |  |
|  | - Autodesk Inc |  |  |  |  |  |  |  |  |  |  |
| 100. | - Bed Bath & Beyond |  |  |  |  |  |  |  |  |  |  |
| 101. | - Berkshire Hathaway Inc. |  |  |  |  |  |  |  |  |  |  |
| 102. | - Biogen Idec Inc |  |  |  |  |  |  |  |  |  |  |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
|  | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Broadcom Corp | | | | | | | | | |
| 104. - Cablevision Systems Corp | | | | | | | | | |
| 105. - Canon Inc | | | | | | | | | |
| 106. - CIBA Holding | | | | | | | | | |
| 107. - Cisco Sys Inc | | | | | | | | | |
| 108. - Coca-Cola Co | | | | | | | | | |
| 109. - Comcast Corp | | | | | | | | | |
| 110. - Cree Inc | | | | | | | | | |
| 111. - Dell Inc | | | | | | | | | |
| 112. - Discovery Holding Co | | | | | | | | | |
| 113. - Walt Disney Co | | | | | | | | | |
| 114. - Ebay Inc | | | | | | | | | |
| 115. - Electronic Arts | | | | | | | | | |
| 116. - Expedia Inc | | | | | | | | | |
| 117. - Forest Laboratories Inc | | | | | | | | | |
| 118. - Genentech Inc | | | | | | | | | |
| 119. - General Electric Co | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Genzyme Corps | | | | | | | | | |
| 121. - Home Depot Inc | | | | | | | | | |
| 122. - Intel Corp | | | | | | | | | |
| 123. - Italcementi Fabrich Riunte | | | | | | | | | |
| 124. - Johnson & Johnson | | | | | | | | | |
| 125. - L3 Communications Hldgs Inc | | | | | | | | | |
| 126. - Liberty Global Inc | | | | | | | | | |
| 127. - Liberty Globalk Inc Ser C | | | | | | | | | |
| 128. - Liberty Media Hldg Corp | | | | | | | | | |
| 129. - Liberty Media Hldg Corp Cap Ser A | | | | | | | | | |
| 130. - Microsoft Corp | | | | | | | | | |
| 131. - Nissan MTR LTD | | | | | | | | | |
| 132. - Nokia Corp | | | | | | | | | |
| 133. - Pall Corp | | | | | | | | | |
| 134. - Pepsico Inc | | | | | | | | | |
| 135. - Pfizer Inc | | | | | | | | | |
| 136. - Procter & Gamble Co | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Sanisk Corp | | | | | | | | | |
| 138. - Takeda Pharmeaceutical | | | | | | | | | |
| 139. - Time Warner Inc | | | | | | | | | |
| 140. - Toyota Motor Corp | | | | | | | | | |
| 141. - UnitedHealth Group | | | | | | | | | |
| 142. - Wolseley PLC | | | | | | | | | |
| 143. - Allied World Assurance Co | | | | | | | | | |
| 144. - Nabors Industries Ltd | | | | | | | | | |
| 145. - Anadarko Petroleum Corp | | | | | | | | | |
| 146. - Applied Materials Inc Delaware | | | | | | | | | |
| 147. - Dover Corp | | | | | | | | | |
| 148. - Enzo Biochem Inc | | | | | | | | | |
| 149. - Juniper Networks Inc | | | | | | | | | |
| 150. - Lawson Software Inc | | | | | | | | | |
| 151. - Telkonet Inc | | | | | | | | | |
| 152. - Weatherford Intl Ltd | | | | | | | | | |
| 153. - Actel Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Air Products & Chemicals Inc | | | | | | | | | |
| 155. - Akorn Inc. | | | | | | | | | |
| 156. - American Intl Group Inc | | | | | | | | | |
| 157. - Avery Dennison Corp | | | | | | | | | |
| 158. - Bank of America Corp | | | | | | | | | |
| 159. - Brush Engineered Mats. | | | | | | | | | |
| 160. - CIT Group Inc | | | | | | | | | |
| 161. - Chevron Corp | | | | | | | | | |
| 162. - Cisco Sys Inc | | | | | | | | | |
| 163. - Compugen LTD | | | | | | | | | |
| 164. - Emerson Electric Co | | | | | | | | | |
| 165. - Franklin Resources Inc. | | | | | | | | | |
| 166. - Foster Wheeler LTD | | | | | | | | | |
| 167. - Gamco Investors Inc. | | | | | | | | | |
| 168. - General Electric Co | | | | | | | | | |
| 169. - Halliburton Co Holdings | | | | | | | | | |
| 170. - Hess Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - Istar Finl Inc. | | | | | | | | | |
| 172.  - Intellon Corp | | | | | | | | | |
| 173.  - LaSalle Hotel | | | | | | | | | |
| 174.  - Key Tronic Corp | | | | | | | | | |
| 175.  - Marathon Oil Corp | | | | | | | | | |
| 176.  - Medtronic Inc | | | | | | | | | |
| 177.  - Microsoft Corp | | | | | | | | | |
| 178.  - MGIC Invt Corp | | | | | | | | | |
| 179.  - McDermott Intnl Incl-. | | | | | | | | | |
| 180.  - Metlife Inc. | | | | | | | | | |
| 181.  - Motorola Inc | | | | | | | | | |
| 182.  - Murphy Oil Corp | | | | | | | | | |
| 183.  - National Oilwell Varco Inc | | | | | | | | | |
| 184.  - Network Equip Techs | | | | | | | | | |
| 185.  - Norsk Hydro | | | | | | | | | |
| 186.  - Nucor Corp | | | | | | | | | |
| 187.  - Nordstrom Inc | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Oracle Corp | | | | | | | | | |
| 189. - Peabody Energy Corp | | | | | | | | | |
| 190. - Pepsico In. | | | | | | | | | |
| 191. - Penske Auto Group Inc | | | | | | | | | |
| 192. - Perini Corp | | | | | | | | | |
| 193. - Petrobras | | | | | | | | | |
| 194. - Qualcomm Inc | | | | | | | | | |
| 195. - Schlumberger LTD | | | | | | | | | |
| 196. - Semitool Inc. | | | | | | | | | |
| 197. - State Street Corp | | | | | | | | | |
| 198. - Starbucks Corp | | | | | | | | | |
| 199. - Stryker Corp | | | | | | | | | |
| 200. - Texas Instruments Inc | | | | | | | | | |
| 201. - Thomas Wiesel Partners | | | | | | | | | |
| 202. - Tidewater Inc | | | | | | | | | |
| 203. - Time Warner Inc | | | | | | | | | |
| 204. - Valero Energy Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Veeco Instruments Inc | | | | | | | | | |
| 206. - Zimmer Holdings Inc | | | | | | | | | |
| 207. - Umpqua Bank Stock | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. 401 K Plan | A | Int./Div. | K | T | | | | | |
| 210. - Amgen Inc | | | | | | | | | |
| 211. - Integrated Health Services Inc | | | | | | | | | |
| 212. - Legg Mason Opportunity Trust Primary Class | | | | | | | | | |
| 213. - New World Fund Class C | | | | | | | | | |
| 214. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/04/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In Part VII, the following additional comments.........................

- ████ Partnership consists of 50% interest for this reporter, and type of income includes, interest, rent, capital gains, as well as dividends. (Partnership interest increased since last reporting period due to inheritance.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSI                    O CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544